Matthew R. Lewis (UT #7919)
(*ADMITTED PRO HAC VICE*)
Katherine E. Priest (UT #14758)
(*ADMITTED PRO HAC VICE*)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
   Telephone:  (801) 532-1500
   Fax:          (801) 532-7543
Email: mlewis@rqn.com
Email: kpriest@rqn.com

*Attorneys for Defendants Jessica Bjarnson,
Phillip Gannuscia, and Thomas Riskas*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK SLOBIG and JUDY SLOBIG,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP EDWARD GANNUSCIA, DAVID GREGORY BEVAN, JESSICA BJARNSON, THOMAS JAMES RISKAS, III, and AUSTIN BAWDEN,<br><br>Defendants. | 7:16-cv-03783-NSR<br><br>**NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, ALTERNATIVELY, TO TRANSFER VENUE** |

Defendants Jessica Bjarnson, Phillip Gannuscia, and Thomas Riskas, by and through undersigned counsel, hereby move this Court to dismiss Plaintiffs' Complaint filed in the above entitled action for lack of personal jurisdiction and improper venue, or alternatively, to transfer venue to the Federal District Court for the District of Utah pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) and 28 U.S.C. §§ 1404 and 1406.

DATED this 31st day of May, 2017.

                                RAY QUINNEY & NEBEKER P.C.

                                /s/ *Katherine E. Priest*
                                Matthew R. Lewis
                                Katherine E. Priest
                                *Attorneys for Defendants Jessica Bjarnson, Phillip Gannuscia, and Thomas Riskas*

## CERTIFICATE OF SERVICE

I certify that on the 31st day May, 2016, the undersigned served a true and correct copy of the foregoing **NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE OR, ALTERNATIVELY, TO TRANSFER VENUE** via U.S. Mail and Email to:

>James P. Batson
>Law Office of James P. Batson
>8 Bedford Road
>Katonah, NY 10536
>Email: jamespbatsonlegal@gmail.com
>
>Christopher Langone
>langonelaw@gmail.com

      /s/ Doris Van den Akker

1390742