IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| FRANK SOLBIG, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>PHILIP EDWARD GANNUSCIA, et al.,<br><br>                Defendants. | ORDER OF DISMISSAL<br><br><br>Case No. 2:18-CV-264 TS-PMW<br><br>District Judge Ted Stewart |

      This matter was transferred to this Court on March 27, 2018. No action has been taken in this case since its transfer. The Court issued an Order to Show Cause on August 2, 2018, directing Plaintiffs to show cause why this case should not be dismissed for failure to prosecute. No response has been made to that Order to Show Cause. It is therefore

      ORDERED that this action is DISMISSED WIHOUT PREJUDICE.

      DATED this 6th day of September, 2018.

                                            BY THE COURT:

                                            Ted Stewart<br>
                                            United States District Judge