AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

FRANK SOLBIG, et al.,

    Plaintiffs

v.

PHILIP EDWARD GANNUSCIA, et al.,

    Defendants

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:18-CV-264 TS

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed without prejudice for failure to comply with court orders and failure to prosecute.

September 6, 2018

*Date*

BY THE COURT:

_____
Ted Stewart
United States District Judge